

# Fourth Court of Appeals
## San Antonio, Texas

October 27, 2021

Nos. 04-21-00379-CR, 04-21-00380-CR

**EX PARTE** Carlos **RIVAS**

From the 187th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2016CR9547-W3, 2016CR9548-W2
Honorable Steve Hilbig, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on October 27, 2021.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of October, 2021.

_____
Michael A. Cruz, Clerk of Court